THE STATE EX REL. ENGLEMON, APPELLANT, v. QUEEN
CITY BARREL COMPANY ET AL., APPELLEES.

[Cite as *State ex rel. Englemon v. Queen City Barrel
Co.*, 111 Ohio St.3d 262, 2006-Ohio-5700.]

(No. 2005–2133—Submitted September 19, 2006—Decided November 15, 2006.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

RESNICK and PFEIFER, JJ., dissent and would reverse the judgment of the court of appeals.

---

Butkovich, Crosthwaite & Gast Co., L.P.A., Daryl A.W. Crosthwaite, and Stephen P. Gast, for appellant.

Jim Petro, Attorney General, and Derrick L. Knapp, Assistant Attorney General, for appellee Industrial Commission of Ohio.